Michael Rinne, SBN: 242579
RINNE LEGAL
1900 N. California Blvd - 8th Floor
Walnut Creek, California 94596
Ph: (925) 932-7086

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In Re:

DANIEL CULLEN PRATT

MARIA ADELE PRATT

Debtors

Case No. 12-40801
Hearing Date: February 5, 2013
Hearing Time: 3:00 pm
Courtroom 33, 6th Floor
The Honorable Ronald H. Sargis
Docket Control No.: RIN -01

# EXHIBITS A & B IN SUPPORT OF MOTION TO VALUE SECURED PORTION OF

# CLAIM OF USAA FEDERAL SAVINGS BANK

Debtors Daniel Cullen Pratt & Maria Adele Pratt hereby request that this Court take judicial notice of the documents attached hereto as Exhibits A and B;

| EXHIBIT | TITLE OF DOCUMENT |
|---|---|
| A | Schedule B, Debtors' list of personal property |
| B | Schedule D, Debtors' list of secured creditors. |

Dated: January 2, 2013

RINNE LEGAL

 /s/Michael Rinne
Michael Rinne, Attorney for Debtors

B6B (Official Form 6B) (12/07)

IN RE **Pratt, Daniel Cullen & Pratt, Maria Adele** _____    Case No. _____
                          Debtor(s)                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash On Hand** | C | 20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Of America - Checking Acct; ...3834** | W | 200.00 |
| | | **Bank of America- checking acct;9415** Up to: | H | 5,400.00 |
| | | **Bank of America- savings acct;5798** | H | 350.00 |
| | | **Wells Fargo Bank - Checking Acct; ...9643** negative balance | H | 0.00 |
| | | **Wells Fargo Bank - Savings Acct; ...8970** | H | 20.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Vallejo Water** | C | 150.00 |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Misc. Household Items** **No single item worth more than $550** | C | 1,395.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | C | 400.00 |
| 7. Furs and jewelry. | | **Misc. Jewelry Pieces** | C | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term Life Insurance through Employer** **No Cash Surrender Value** | H | 0.00 |
| | | **Term Life Insurance through Employer** **No Cash Surrender Value** | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k) through Principal Financial Group** | W | 8,284.49 |
| | | **Retirement Plan through CalPERS** | H | 16,900.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

IN RE **Pratt, Daniel Cullen & Pratt, Maria Adele** _____ Case No. _____
                       Debtor(s)                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 GMC Yukon XL 1500 Denali Sport Utility 4D** **Mileage : 110,000** **(Fair condition, value per kbb.com)** | **C** | **8,297.00** |
| | | **2004 Honda Civic Hybrid Sedan 4D** **Mileage : 188,000** **(Retail value per kbb.com)** | **C** | **6,471.00** |
| | | **2012 Chevrolet Cruze LT Sedan 4D** **Mileage : 1,000** **(Good condition, value per kbb.com)** | **H** | **15,683.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Pratt, Daniel Cullen & Pratt, Maria Adele**      Case No. _____
                                  Debtor(s)                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8707** <br> **Ally Financial** <br> **200 Renaissance Ctr** <br> **Detroit, MI 48243** | | C | **Installment account opened 2012-06-23/ 72 month installment** <br> **Auto Loan- 2012 Chevrolet Cruze LT Sedan 4D** <br><br> VALUE $ **15,683.00** | | | | 20,793.00 | 5,110.00 |
| ACCOUNT NO. **3604** <br> **Usaa Federal Savings Bank** <br> **Po Box 47504** <br> **San Antonio, TX 78265** | | H | **Installment account opened 2008-08-06** <br> **Auto Loan- 2004 Honda Civic Hybrid Sedan 4D** <br><br> VALUE $ **6,471.00** | | | | 7,035.00 | 564.00 |
| ACCOUNT NO. **0892** <br> **Wells Fargo Home Mortgage** <br> **8480 Stagecoach Cir** <br> **Frederick, MD 21701** | | H | **Mortgage account opened 2011-12-10** <br> **1st Deed of Trust for Primary Residence Located At:** <br> **575 Birkdale Dr. Vallejo, CA 94591** <br><br> VALUE $ **201,903.00** | | | | 250,963.00 | 49,060.00 |
| ACCOUNT NO. | | | <br><br> VALUE $ | | | | | |

_____ **0** continuation sheets attached

                            Subtotal (Total of this page)    $ **278,791.00**    $ **54,734.00**

                            Total (Use only on last page)    $ **278,791.00**    $ **54,734.00**

                                        (Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)